IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MARIA DE LOS ANGELES PAZ and PAUL PETIT, individually and on behalf of all persons similarly situated, | § § § § | |
| Plaintiffs | § § | |
| V. | § § | CIVIL ACTION NO._____ |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, | § § § § § § § | |
| Defendant | § | |

**AFFIDAVIT OF RICHARD S. FISCHER**

**IN SUPPORT OF CLASS CERTIFICATION**

I.

I am a graduate of Cornell University and of the University of Texas School of Law. I was admitted to practice law in the State of Texas on November 5, 1982, and am licensed to practice before this Court, the United States Court of Appeals for the Fifth Circuit, and the Supreme Court of the United States.

II.

I practice a substantial amount of immigration and nationality law, and I am knowledgeable about the immigration and nationality laws of the United States and about the policies, practices and procedures of United States Citizenship

and Immigration Services (hereinafter USCIS).

III.

I have substantial experience representing plaintiffs before this Court generally and in immigration-related matters specifically. I have represented plaintiff classes before this Court since 1983.

IV.

I have resources adequate to prosecute this lawsuit as a class action, I will fairly and competently represent the interests of the members of the proposed class in this action, and the named plaintiffs and I have no conflict with the members of the proposed class.

V.

I have in my personal possession over 460 notices from USCIS identical in all relevant aspects to Exhibit 1 hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.


/s/_____
RICHARD S. FISCHER


Respectfully submitted,

/s/_____

RICHARD S. FISCHER
State Bar No. 07043100

FISCHER AND FISCHER, ATTORNEYS AT LAW
114 South Pecan Street
Nacogdoches, Texas   75961
Phone:       (936)564-2222
FAX:         (936)564-1346
E-mail:      fischerlaw@sbcglobal.net

Attorneys for Plaintiffs

Department of Homeland Security
U.S. Citizenship and Immigration Servi

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Notice to Applicants | CASE TYPE<br>N400 - APPLICATION FOR NATURALIZATION | | NOTICE DATE<br>10/24/2022 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>IOE0918011787 | | USCIS A#<br>A087 933 431 | CODE<br>N/A |
| ACCOUNT NUMBER<br>046977794464 | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 1 |

PAUL PETIT PADRON
c/o RICHARD S FISCHER
FISCHER AND FISCHER ATTORNEYS
114 SOUTH PECAN STREET
NACOGDOCHES  TX  75961

RECEIVED OCT 3 1 2022

U.S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past; however, it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment. The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

If you have a pending N-400 application, find more information and study materials by visiting the Citizenship Resource Center at uscis.gov/citizenship.

APPLICATION NUMBER
N400 - IOE0918011787



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.