



EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Serv

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Notice to Applicants | CASE TYPE<br>I485; I765 | | NOTICE DATE<br>05/24/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>MSC2191233948; MSC2191233950 | | USCIS A#<br>A075 367 078 | CODE<br>N/A |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 1 |

MARIA DE LOS ANGELES PAZ
c/o RICHARD S FISCHER
FISCHER AND FISCHER ATTORNEYS
114 SOUTH PECAN STREET
NACOGDOCHES  TX  75961

RECEIVED JUN 0 1 2021

U.S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past; however, it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment. The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

EXHIBIT 2

APPLICATION NUMBER
I485- MSC2191233948



APPLICATION NUMBER 2
I765- MSC2191233950



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C 04/01/19



EXHIBIT 3

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Notice to Applicants | CASE TYPE<br>N400 - APPLICATION FOR NATURALIZATION | | NOTICE DATE<br>10/24/2022 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>IOE0918011787 | | USCIS A#<br>A087 933 431 | CODE<br>N/A |
| ACCOUNT NUMBER<br>046977794464 | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 1 |

PAUL PETIT PADRON
c/o RICHARD S FISCHER
FISCHER AND FISCHER ATTORNEYS
114 SOUTH PECAN STREET
NACOGDOCHES  TX  75961

RECEIVED OCT 3 1 2022

U.S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past; however, it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment. The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

If you have a pending N-400 application, find more information and study materials by visiting the Citizenship Resource Center at uscis.gov/citizenship.

APPLICATION NUMBER
N400 - IOE0918011787



EXHIBIT 4

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

Form I-797C  10/13/21

| U.S. Department of Homeland Security | RECEIVED MAR 2 1 2023 | Notice of Action |
| U.S. Citizenship and Immigration Services | | Page 1 of 1 |

| Reject Case # / Reference # | Form Type<br>MONEY NOT NEEDED |
|---|---|
| Alien #<br>A█████████ | Petitioner / Applicant<br>█████████ |
| Notice Date<br>03/13/23 | Beneficiary |

█████████
ATTN: RICHARD S FISCHER
C/O FISCHER AND FISCHER ATTYS AT LAW
114 SOUTH PECAN STREET
NACOGDOCHES, TX 75961

During our review it was determined that the attached fee was not needed. Therefore, we are returning your remittance in the amount(s) of $_85.00_, $___, $___

*******************************************************************************************
Please visit www.uscis.gov/forms to obtain the current version of forms, information on required fees, jurisdiction and relevant supporting documents or contact the USCIS Contact Center toll-free at 1-800-375-5283.
*******************************************************************************************

---

**FISCHER & FISCHER**
**ATTORNEYS AT LAW**
**TRUST ACCOUNT**
114 S PECAN ST
NACOGDOCHES TX 75961

2757
88-271/1131

DATE 03/01/2023

PAY TO THE ORDER OF  Department of Homeland Security            $ 85.00

Eighty-five and 00/100 ————————————————— DOLLARS

CBTx
Commercial Bank of Texas

MEMO Biometrics █████████

1120724

---

To ensure proper processing, checks and/or money order must be payable to:
'Department of Homeland Security' or 'U.S. Citizenship and Immigration Services.'
Please enclose a copy of this notice when responding or when filing another application based on this decision.
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
Nebraska Service Center
850 S Street
Lincoln, NE 68508

EXHIBIT 5

(03/10/23)Y - 01132363                    SAVE THIS NOTICE FOR YOUR RECORDS - LINKAH12-1371

 **U.S. Citizenship and Immigration Services**

Home > Newsroom > All News > Alerts > USCIS Extends Temporary Suspension of Biometrics Submission for Certain Form I-539 Applicants

# USCIS Extends Temporary Suspension of Biometrics Submission for Certain Form I-539 Applicants

Release Date : 04/19/2023

USCIS has extended the temporary suspension of the biometrics submission requirement for certain applicants filing Form I-539, Application to Extend/Change Nonimmigrant Status, requesting an extension of stay in or change of status to H-4, L-2, or E nonimmigrant status. The previously announced suspension, which was initially in place until May 17, 2023, has been extended through Sept. 30, 2023.

We will allow adjudications for those specific categories to proceed based on biographic information and related background checks, without capturing fingerprints and a photograph. However, we retain discretion, on a case-by-case basis, to require biometrics for any applicant, and applicants may be scheduled for an application support center appointment to submit biometrics.

As a reminder, if you are a Form I-539 applicant meeting the biometrics suspension criteria, you do not need to submit the $85 biometric services fee for Form I-539 during the suspension period. We will return a biometric services fee if submitted separately from the base fee and will reject paper Form I-539 applications if you meet the above criteria and submit a single payment covering both the filing fee and the $85 biometrics services fee. If we reject the paper application because you included the $85 biometrics service fee, you will need to re-file Form I-539 without the biometric services fee.

As mentioned in the USCIS Fiscal Year 2022 Progress Report (PDF, 1.08 MB), we plan on establishing a permanent biometrics exemption for all Form I-539 applicants in the coming months. For additional information on the temporary suspension, please see the 2021 announcement.

Last Reviewed/Updated: 04/19/2023

EXHIBIT 6

USCIS Response to Coronavirus (COVID-19)


U.S. Citizenship and Immigration Services

Home > Newsroom > All News > Alerts > USCIS Removes Biometrics Requirement for Form I-526E Petitioners

# USCIS Removes Biometrics Requirement for Form I-526E Petitioners

Release Date: 03/15/2023

Beginning March 15, we are removing the biometrics submission requirement and $85 fee requirement for petitioners filing Form I-526E, Immigrant Petition by Regional Center Investor. Petitioners no longer need to submit the fee for biometrics services with their Form I-526E.

We determined that universal biometrics collection is not necessary under INA 203(b)(5)(H)(iii) in connection with the filing of Form I-526E for all regional center investor petitioners in order to confirm compliance with INA 203(b)(5)(H)(i)-(ii). However, we may request the submission of biometrics from a Form I-526E petitioner as may be necessary under INA 203(b)(5)(H)(iii), 8 CFR 103.2(b)(9), or under other applicable authorities.

Since the form's release in 2022, we have received about 980 Form I-526E petitions filed with the biometrics fee. We will refund these fees in the coming weeks. Petitioners do not need to contact USCIS to request a refund.

We have released a revised edition of Form I-526E dated 03/15/23, with updated instructions. Effective May 15, USCIS will accept only the 03/15/23 edition of Form I-526E. Until then, you can submit either the new edition or the previous edition of Form I-526E (dated 06/01/22). The edition date is at the bottom of the page on the form and its accompanying instructions. Petitioners should be aware that the previous edition still contains instructions about the biometrics submission requirement that are no longer accurate.

On July 12, 2022, we first published Form I-526E, Immigrant Petition by Regional Center Investor, as part of the EB-5 Reform and Integrity Act of 2022. An investor pooling their investment with one or more qualified immigrants participating in the Regional Center Program uses this form to petition USCIS for status as an immigrant to the United States under section 203(b)(5) of the Immigration and Nationality Act.

Last Reviewed/Updated: 03/15/2023

EXHIBIT 7

AILA Doc. No. 23031522. (Posted 3/15/23)